IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Plaintiff, } | |
| } | |
| v. } | No.  08-20062-01-CM |
| } | |
| CHANNING BURGESS, } | |
| Defendant. } | |

## **ORDER**

Pending before the court is defendant's motion to suppress evidence (Doc. 13).

For the reasons set forth on the record in the hearing held on October 2, 2008 at 9:00am, the court denies defendant's motion to suppress evidence.

IT IS ORDERED that defendant's motion to suppress evidence is denied.

Dated this 8th day of October, 2008, at Kansas City, Kansas.

                                              s/ Carlos Murguia
                                              CARLOS MURGUIA
                                              UNITED STATES DISTRICT JUDGE